# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANA MARIA SALAS,
               Appellant,

vs.

GABINO GUARDADO,
               Respondent.

No. 84667

FILED

SEP 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for relief under NRCP 60(b). Eighth Judicial District Court, Family Court Division, Clark County; Rebecca Burton, Judge; Eighth Judicial District Court, Family Court Division, Clark County; Heidi Almase, Judge.

On June 8, 2022, the clerk of this court entered an order granting appellant a telephonic extension of time, until July 5, 2022, to file and serve the fast track statement. Appellant did not file the fast track statement. On July 21, 2022, this court entered an order that among other things, directed appellant to file and serve the fast track statement by August 4, 2022. The order cautioned that failure to timely file and serve the fast track statement could result in the dismissal of this appeal. When appellant still did not file the fast track statement, this court entered an order on August 22, 2022, directing appellant to file and serve the fast track statement by September 6, 2022. The order cautioned that failure to timely comply could result in the imposition of sanctions, including the dismissal of this appeal as abandoned. To date, appellant has failed to file the fast

22-30907

track statement or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:     Hon. Heidi Almase, District Judge, Family Court Division
        Hon. Rebecca Burton, District Judge, Family Court Division
        Ana Maria Salas
        Mills & Anderson Law Group
        Eighth District Court Clerk